IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUDY SPECTOR, on behalf of Herself and All Others Similarly Situated, </br>    Plaintiff, </br></br> v. </br></br> MONDELĒZ INTERNATIONAL, INC., </br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No.  1:15-cv-4298 </br></br> Judge Thomas M. Durkin </br></br> Magistrate Judge Susan Cox |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Judy Spector ("Plaintiff") respectfully moves this Court, pursuant to Local Rules 5.8 and 26.2, for leave to file under seal 1) Plaintiff's Amended Complaint, and 2) Plaintiff's Brief in Support of Amended Complaint Explaining How Amended Complaint Cures Defects in Original Complaint ("Brief in Support"). In support of her motion, Plaintiff states as follows:

**1.** There is an Agreed Confidentiality Order ("Confidentiality Order") entered in this case that governs the use of the confidential documents and information produced or adduced in discovery. *See* Dkt. No. 34.

**2.** The Confidentiality Order requires that:

> Any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must: (a) provisionally file the document electronically under seal; (b) file electronically at the same time a public-record version of the document with the Confidential Information excluded; and (c) move the Court for leave to file the Confidential Information under seal. That sealing motion must be filed before or simultaneously with the provisional filing of the Confidential Information under seal, and must be noticed for presentment promptly thereafter…

*Id.* at ¶ 7.

**3.** Plaintiff's Amended Complaint and her Brief in Support contain and/or reference various documents and/or information that the Defendant has designated as protected under the terms of the Confidentiality Order.

**4.** Plaintiff proposes to comply with the Confidentiality Order by filing provisional copies of Plaintiff's Amended Complaint and Plaintiff's Brief in Support under seal along with the filing of this motion.

**5.** Plaintiff will provide an unredacted copy of the Amended Complaint and Brief in Support to the Court and counsel for Defendants, and pursuant to LR 26.2 will also file redacted copies of the Amended Complaint and Brief in Support for the public record.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests the Court to grant Plaintiff's Motion for Leave to File Documents Under Seal.

Dated: May 13, 2016  Respectfully submitted,

By: /s/ *Jayne A. Goldstein*
Jayne A. Goldstein
Perry Gattegno
**POMERANTZ LLP**
10 South LaSalle Street, Ste. 3505
Chicago, IL 60603
Tel: (312) 377-1181
jagoldstein@pomlaw.com
pgattegno@pomlaw.com

Janine L. Pollack
Michael Liskow
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
pollack@whafh.com
liskow@whafh.com

        Theodore B. Bell
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
One South Dearborn Street, Ste. 2122
Chicago, IL 60603
Tel: (312) 984-0000
tbell@whafh.com

*Counsel for Plaintiff Judy Spector*

**CERTIFICATE OF SERVICE**

    I, Jayne A. Goldstein, hereby certify that on May 13, 2016, I caused a true and correct copy of the foregoing to be filed through the ECF system and therefore be electronically sent to the registered participants in this action.

                                                                           s/ *Jayne A. Goldstein*
                                                                           Jayne A. Goldstein