UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDY SPECTOR, on Behalf of Herself and All Others Similarly Situated, | Case No: 15 C 4298 |
| Plaintiff, | Judge: Thomas M. Durkin |
| v. | Magistrate Judge Susan Cox |
| MONDELĒZ INTERNATIONAL, INC., | |
| Defendant. | |

**AMENDED COMPLAINT EXHIBIT LIST**

**Ex. A –** Mondelēz draft PowerPoint titled "**REDACTED**" MONDELEZ_SPECTOR00057420

**Ex. B –** Mondelēz PowerPoint titled "**REDACTED**" MONDELEZ_SPECTOR00057445-57458

**Ex. C –** Mondelēz PowerPoint titled "**REDACTED**" MONDELEZ_SPECTOR00000317

**Ex. D –** Mondelēz internal e-mail chain from June 2014 MONDELEZ_SPECTOR00002322-2326

**Ex. E –** Mondelēz PowerPoint titled "**REDACTED**" MONDELEZ_SPECTOR00000048

**Ex. F –** Mondelēz PowerPoint titled "**REDACTED**" MONDELEZ_SPECTOR00061357

**Ex. G – REDACTED** report titled "**REDACTED**" MONDELEZ_SPECTOR00060983-60986

**Ex. H – REDACTED** PowerPoint titled "**REDACTED**" MONDELEZ_SPECTOR00028206

**Ex. I –** Mondelēz document titled "**REDACTED**" MONDELEZ_SPECTOR00019027-19044

# **EXHIBIT A**

**REDACTED**

# EXHIBIT B

**REDACTED**

# **EXHIBIT C**

**REDACTED**

# EXHIBIT D

**REDACTED**

# EXHIBIT

# E

**REDACTED**

# EXHIBIT F

**REDACTED**

# EXHIBIT G

**REDACTED**

# EXHIBIT H

**REDACTED**

# EXHIBIT

# I

**REDACTED**