UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDY SPECTOR, on Behalf of Herself and All Others Similarly Situated, | Case No: 1:15-cv-4298 |
| | Judge Thomas M. Durkin |
| | Magistrate Judge Susan E. Cox |
| Plaintiff, | |
| v. | **ORAL ARGUMENT REQUESTED** |
| MONDELĒZ INTERNATIONAL, INC., | |
| Defendant. | |

# EXHIBIT LIST

**Ex. A** – Mondelēz document titled "**REDACTED**"
MONDELEZ_SPECTOR00000052

**Ex. B** – Mondelēz PowerPoint titled "**REDACTED**"
MONDELEZ_SPECTOR00000048

**Ex. C** – Mondelēz PowerPoint titled "**REDACTED**"
MONDELEZ_SPECTOR00019393

# **EXHIBIT A**

**REDACTED**

# **EXHIBIT B**

**REDACTED**

# **EXHIBIT C**

**REDACTED**