IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY SPECTOR,<br>On Behalf of Herself and All Others<br>Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>MONDELĒZ INTERNATIONAL, INC.,<br><br>                      Defendant. | Case No. 15 C 4298<br><br>Judge: Thomas M. Durkin |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM UNDER SEAL**

Defendant respectfully moves this Court, pursuant to Local Rules 5.8 and 26.2, for leave to file under seal its Reply Memorandum in Further Support of Defendant's Motion to Dismiss Amended Class Action Complaint ("Reply "). In support, Defendant states as follows:

1. There is an Agreed Confidentiality Order ("Confidentiality Order") entered in this case that governs the use of the confidential documents and information produced or adduced in discovery. *See* ECF No. 34.

2. The Confidentiality Order requires that:

> Any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must: (a) provisionally file the document electronically under seal; (b) file electronically at the same time a public-record version of the document with the Confidential Information excluded; and (c) move the Court for leave to file the Confidential Information under seal. That sealing motion must be filed before or simultaneously with the provisional filing of the Confidential Information under seal, and must be noticed for presentment promptly thereafter . . .

*Id.* at ¶ 7.

3. Based on that Confidentiality Order, this Court has previously granted the parties' motions to file under seal Plaintiff's Amended Complaint and Brief in Support (ECF No. 63), Defendant's Memorandum in Support of Motion to Dismiss Amended Complaint (ECF No. 74), and Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss (ECF No. 79). Defendant's Reply now contains and/or references various documents and/or information that Defendant designated as protected under the terms of the Confidentiality Order and so Defendant similarly seeks leave to file thet Reply under seal.

4. Defendant proposes to comply with the Confidentiality Order by filing a provisional copy of the Reply under seal with the filing of this motion.

5. Defendant will provide an unredacted copy of the Reply to the Court and counsel for Plaintiff, and pursuant to LR 26.2 will also file a redacted copy of the Reply for the public record.

WHEREFORE, for the reasons stated above, Defendant respectfully requests the Court to grant Defendant's Motion for Leave to File Reply Memorandum Under Seal.

Dated: July 22, 2016 	Respectfully submitted,

By: */s/ Dean N. Panos*
Dean N. Panos (Illinois Bar #6203600)
Richard P. Steinken (Illinois Bar #3128253)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
dpanos@jenner.com
rsteinken@jenner.com

*Attorneys for Mondelēz International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendant's Motion for Leave to File Under Seal** was filed on July 22, 2016 with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to the following:

>**Janine L. Pollack**
>Wolf Haldenstein Adler Freeman & Herz LLP
>270 Madison Ave
>New York, NY 10016
>(212) 545-4600
>Email: pollack@whafh.com
>
>**Michael Liskow**
>Wolf Haldenstein Adler Freeman & Herz LLP
>270 Madison Avenue
>New York, NY 10016
>(212) 545-4600
>Email: liskow@whafh.com
>
>**Jayne Goldstein**
>Pomerantz LLP
>10 South LaSalle St
>Suite 3505
>Chicago, IL 60603
>(312) 377-1181
>Email: jagoldstein@pomlaw.com
>
>**Theodore Beloyeannis Bell**
>Wolf Haldenstein Adler Freeman & Herz LLC
>One South Dearborn St.
>Suite 2122
>Chicago, IL 60603
>(312) 984-0000
>Fax: (312) 212-4401
>Email: tbell@whafh.com

>By: */s/ Dean N. Panos*
>    Dean N. Panos